

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00732-CR

Gerardo **GUTIERREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR4590
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

## O R D E R

Appellant attempts to appeal the trial court's "decision to deny by operation of law his motion requesting appointment of counsel pursuant to article 64, Code of Criminal Procedure." *See* TEX. CODE CRIM. PROC. ANN. art. 64.01(c) (West Supp. 2015).

A trial court's denial of a request for appointed counsel to file a postconviction motion for DNA testing is not immediately appealable. *Gutierrez v. State,* 307 S.W.3d 318, 319, 323 (Tex. Crim. App. 2010). "Such an appeal is premature; a motion for appointed counsel is a preliminary matter that precedes the initiation of Chapter 64 proceedings." *Id.* at 323. Thus, it appears that we lack jurisdiction over this appeal because there is no final judgment or order subject to appeal. *See id.* We therefore ORDER appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction within thirty days from the date of this order. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.



Keith E. Hottle
Clerk of Court